FILED
APR 1 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-CR-0882-GT |
| Plaintiff, | ORDER ADVANCING SENTENCING HEARING |
| vs. | |
| JESUS ALVAREZ VERA, | |
| Defendant | |

GOOD CAUSE APPEARING and based upon the Joint Motion of the parties to advance the Sentencing Hearing;

IT IS HEREBY ORDERED that the Sentencing Hearing of Defendant JESUS ALVAREZ VERA set for June 19, 2009, at 9:00 a.m., be advanced to June 15, 2009 at 9:00 a.m., or as soon thereafter as it is convenient to the Court.

Dated: April 14, 2009

By: _____
GORDON THOMPSON, JR.
United States District Court Judge